CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 19 2019

JULIA C. DUDLEY, CLERK
BY: /s/ ASeagle
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| MARK T. GRANT, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 7:16-CV-00007<br>)<br>) |
| | ) By: Hon. Michael F. Urbanski |
| CITY OF ROANOKE, | ) Chief United States District Judge<br>) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court **GRANTS** judgment to the defendant on the plaintiff's procedural due process claim.

It is **SO ORDERED**.

Entered: 03-18-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge